IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DARNEY RAY WHITE, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. CV-F-05-946 REC (No. CR-F-03-5308 REC)<br><br>ORDER GRANTING PETITIONER'S MOTION TO WITHDRAW MOTION PURSUANT TO 28 U.S.C. § 2255, DISMISSING SECTION 2255 MOTION AND DIRECTING ENTRY OF JUDGMENT FOR RESPONDENT |
| Petitioner, | | |
| vs. | | |
| UNITED STATES OF AMERICA, | | |
| Respondent. | | |

On October 13, 2005, petitioner Darney Ray White filed a motion to withdraw the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed on July 25, 2005, as amended on August 22, 2005.

ACCORDINGLY:

1. Petitioner's motion to withdraw the the motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 filed on July 25, 2005, as amended on August 22, 2005, is granted.

1

    2.  This action is dismissed.

    3.  The Clerk of the Court is directed to enter judgment for respondent.

    IT IS SO ORDERED.

**Dated:  October 14, 2005**                     /s/ Robert E. Coyle
668554                                  UNITED STATES DISTRICT JUDGE